```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 47206
    BRIAN M PARPAN
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-8960
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/05 and confirmed on 03/10/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 78589.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EQUITY ONE | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | 13301.32 | 1889.84 | 13301.32 |
| INTERNAL REVENUE SERVICE | SECURED | 38267.00 | 1920.46 | 38267.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1032.60 | .00 | 199.50 |
| CONSUMERS COOP CU | UNSECURED | 10228.87 | .00 | 1976.25 |
| GE COMMERCIAL | UNSECURED | 30556.00 | .00 | 5903.52 |
| KAWASAKI MOTOR CORP | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5122.73 | .00 | 989.73 |
| UNITED HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| OLIVER ADJUSTMENT | UNSECURED | 549.50 | .00 | 106.17 |
| ILLINOIS DEPT REVENUE | PRIORITY | 9410.23 | .00 | 9410.23 |
| ILLINOIS DEPT REVENUE | UNSECURED | 6520.71 | .00 | 1259.82 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 51568.32 | 9410.23 | 54010.41 | .00 | 114988.96 |
| PRINCIPAL PAID | 51568.32 | 9410.23 | 10434.99 | .00 | 71413.54 |
| INTEREST PAID | 3810.30 | .00 | .00 | .00 | 3810.30 |
| TOTAL PAID | 55378.62 | 9410.23 | 10434.99 | .00 | 75223.84 |

The Debtor's attorney, COHEN & KROL                         , was allowed $        .00
and was paid $         .00 .

The Trustee received $    3365.16 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/08/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```